UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DUNCAN GIBSON,<br><br>　　　　　　　　　Defendant. | CASE NO. MJ-20-379<br><br>**DETENTION ORDER** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which defendant can meet that reasonably assures the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking and weapons charges. If convicted as charged, defendant faces a mandatory minimum term of imprisonment of ten years. The evidence against defendant is strong. His vehicle was searched and found to contain large amounts of controlled substances and loaded firearms. Although defendant has lived in the community for years, he has significant personal problems with controlled substances and has been convicted of numerous drug offenses. He has also served years in prison for very similar charges. Between July 2019 and January 2020, defendant has been charged four times in the state courts. These charges are still pending. Despite being arrested and charged he has displayed

DETENTION ORDER - 1

a consistent and continuing pattern of criminal activity. The charges herein continue that pattern as it involves conduct arising from February 2020. The Court concludes defendant is a danger to others and the community in view of his unceasing criminal conduct

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 1st day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2